MARC C. GORDON, ESQ.
GENERAL COUNSEL
Nevada Bar No. 1866
TAMER B. BOTROS, ESQ.
ASSOCIATE COUNSEL
Nevada Bar No. 12183
**YELLOW CHECKER STAR**
**TRANSPORTATION CO. LEGAL DEPT.**
5225 W. Post Road
Las Vegas, Nevada  89118
T: (702) 873-6531
F: (702) 251-3460
tbotros@ycstrans.com
Attorneys for Defendants
NEVADA YELLOW CAB CORPORATION
NEVADA CHECKER CAB CORPORATION and
NEVADA STAR CAB CORPORATION

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THOMAS RUNKLE, | ) |
| Plaintiff, | ) Case No.:  2:15-cv-01729-JAD-NJK |
| vs. | ) |
| NEVADA YELLOW CAB CORPORATION, et al., | ) |
| Defendants. | ) |

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein, through their respective undersigned counsel of record, that the above-captioned matter be dismissed with prejudice,

///

///

///

- 1 -

each party to bear their own attorneys' fees and costs.

No trial date has been set in this matter.

DATED this __9th__ day of March, 2016.     DATED this __9th__ day of March, 2016.

| ___/s/ Tamer B. Botros_____ | ___/s/ Christian Gabroy_____ |
|---|---|
| MARC C. GORDON, ESQ. | CHRISTIAN GABROY, ESQ. |
| GENERAL COUNSEL | Nevada Bar No. 8805 |
| Nevada Bar No. 001866 | IVY HENSEL, ESQ. |
| TAMER B. BOTROS, ESQ. | Nevada Bar No. 13502 |
| ASSOCIATE COUNSEL | **GABROY LAW OFFICES** |
| Nevada Bar No. 012183 | 170 South Green Valley Parkway, Suite 280 |
| **YELLOW CHECKER STAR** | Henderson, Nevada 89012 |
| **TRANSPORTATION CO. LEGAL DEPT.** | Attorneys for Plaintiff |
| 5225 W. Post Road | THOMAS RUNKLE |
| Las Vegas, Nevada  89118 | |
| Attorneys for Defendants | |
| NEVADA CHECKER CAB CORPORATION, | |
| NEVADA YELLOW CAB CORPORATION and | |
| NEVADA STAR CAB CORPORATION | |

**ORDER**

Based on the parties' stipulation [ECF 19] and with good cause appearing and no reason to delay, it is HEREBY ORDERED, ADJUDGED, AND DECREED that this case is dismissed in its entirety and with prejudice, each party to bear its own fees and costs.  All pending motions are DENIED as moot, all scheduled hearings are VACATED, and the Clerk of Court is instructed to CLOSE THIS CASE.

March 9, 2016

_____
Jennifer Dorsey
United States District Judge